

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Dalton Ty Allen Crowder,    * From the 35th District Court
             of Brown County,
             Trial Court No. CR27498.

Vs. No. 11-22-00081-CR     * July 27, 2023

The State of Texas,       * Memorandum Opinion by Trotter, J.
             (Panel consists of: Bailey, C.J.,
             Trotter, J., and Williams, J.)

   This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment to vacate the cumulation order and to show that the sentence shall be served concurrently with the sentence imposed in CR27434. As modified, we affirm the judgment of the trial court.